FILED
2021 NOV 23 PM 12:20
MELISSA M. TUTTLE CLERK
COMMON PLEAS COURT
CLARK COUNTY, OHIO

## IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
### CIVIL DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY<br>P.O. Box 145496<br>Cincinnati, Ohio 45250-5496 | : | Case No. '21CV0345 |
| | : | Judge |
| and | : | |
| SPRINGFIELD MUSEUM OF ART<br>107 Cliff Park Road<br>Springfield, Ohio 45501 | : | |
| | : | |
| Plaintiffs, | : | |
| -v- | : | |
| ANDY ROCK F.A.S., LLC AKA<br>ROCK-FAS, LLC AKA ANDY ROCK<br>FINE ART SERVICES, LLC<br>Serve Statutory Agent: Andrew Rock<br>4061 Paradise Road<br>Seville, Ohio 44273 | : | **COMPLAINT** |
| | : | |
| and | : | |
| CADOGAN TATE AKA<br>CADOGAN TATE NEW YORK LIMITED<br>Serve Statutory Agent: CT Corporation<br>System<br>28 Liberty Street<br>New York, NY 10005 | : | |
| | : | |
| and | : | |
| DIETL INTERNATIONAL<br>2500 W. Higgins Road, Suite 600<br>Hoffman Estates, IL 60169 | : | |

And                                              :

**JOHN DOE(S)**                                  :
**Names Unknown**
**Addresses Unknown**                            :

    **Defendants.**

---

    Now come Plaintiffs, Cincinnati Insurance Company and Springfield Museum of Art, by and through Counsel, and for their Complaint state as follows:

## PARTIES

1. Plaintiff, Cincinnati Insurance Company (hereinafter "CIC"), is duly authorized to sell insurance in the State of Ohio, and at all times hereinafter, had in full force and effect a policy of insurance issued to Springfield Museum of Art. A copy of this insurance policy is not attached, due to its voluminous nature, but will be produced during discovery.

2. Springfield Museum of Art (hereinafter "Springfield Museum" or "Insured"), is duly authorized to do business in Ohio, and is located in Clark County at 107 Cliff Park Road, Springfield, Ohio 45501.

3. Upon information and belief, Defendant, Andy Rock F.A.S., LLC aka Rock-FAS, LLC aka Andy Rock Fine Art Services, LLC. (hereinafter "Andy Rocks") is a motor carrier engaged in interstate commerce, authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to transport property throughout the 48 contiguous United States.

4. Upon information and belief, defendant, Andy Rock has its principal place of business at 4061 Paradise Road, Seville, Ohio.

5. Upon information and belief, Defendant, Cadogan Tate aka Cadogan Tate New York Limited (hereinafter "Cadogan Tate") is a motor carrier engaged in interstate commerce, authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to transport property throughout the 48 contiguous United States.

6. Upon information and belief, Defendant, Cadogan Tate has its principal place of business at 301 Norman Avenue, Brooklyn, New York 11222.

7. Upon information and belief, Defendant, Dietl International (hereinafter "Dietl") is an agent who arranged the transportation of the art for the Insured and retained Andy Rocks and Cadogan Tate to transport property.

8. Upon information and belief, Defendant Dietl has its principal place of business at 2500 W. Higgins Road, Suite 600, Hoffman Estates, IL 60169.

9. Despite Plaintiffs' best efforts, the name and address of Defendant John Doe remains unknown. Upon learning the identity of Defendant John Doe, Plaintiffs will amend the Complaint correctly identifying this Defendant. Upon information and belief, this Defendant John Doe is responsible for the damage to Springfield Museum's property as described in this Complaint.

## JURISDICTION

10. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1337, as this action involves the liability of a motor carrier under 49 U.S.C. § 14706 and the amount in controversy exceeds $15,000.00 exclusive of interests and costs.

## FACTS

11. Andy Rock and Cadogan Tate were retained to ship a large crate. The crate contained an Art item, including but not limited to, a Yayoi Kusama Pumpkin Art that was on display at the Springfield Museum. See Exhibit "A" and Exhibit "B" incorporated herein.

12. On or about December 9, 2020, Springfield Museum was informed that the crate containing the Springfield Museum's property, was damaged by Defendants Andy Rock, Cadogan Tate and/or John Does during shipment.

13. Springfield Museum's shipment at issue was tendered to Defendants Andy Rock and Cadogan Tate in good order and condition.

14. At all relevant times within this Complaint, Springfield Museum was insured with CIC. Said policy was subject to a $1,000.00 deductible.

15. Defendants Andy Rock, Cadogan Tate and John Doe(s) ("Defendants") failed to deliver the shipment at issue in good order and condition at destination, in breach of the contracts of carriage for each shipment.

16. As a direct and proximate result of Defendants' breach of the contracts of carriage, the Insured has sustained damages the amount of $77,845.00.

17. Upon information and belief, the Insured duly filed, in writing, a notice of claim with Defendants for each of its loss and damage that Springfield Museum had, and demanded payment of each claim at issue. The Art had to be repaired due to the Defendants' negligence.

18. Defendants failed to acknowledge some or all of the Insured Springfield Museum as required by 90 C.F.R. § 370.5.

19. Defendants failed to decline, pay or offer a written settlement compromise for all of the Springfield Museum of Art as required by 90 C.F.R. § 370.9.

20. As a direct and proximate cause of Defendants' conduct, Insured incurred damages in the amount of $77,845.00 and pursuant to the terms of the insurance policy, CIC paid to or on behalf of the Insured the sum of $76,845.00.

21. By reason of said payment and pursuant to the terms and conditions of said insurance policy, CIC became subrogated to the rights of the Insured in the preceding amount.

## COUNT I - 49 U.S.C § 14706

22. Plaintiffs reaffirm and reallege all allegations contained in the aforementioned paragraphs of the Complaint as if fully rewritten herein.

23. Defendants are liable to Insured for its full, actual damages as a motor carrier under 49 US.C. § 14706.

24. As a direct and proximate cause of Defendants' conduct, Insured incurred damages in the amount of $77,845.00, and pursuant to the terms of the insurance policy, CIC paid to or on behalf of the Insured the sum of $76,845.00.

## COUNT II-NEGLIGENCE

25. Plaintiffs reaffirm and reallege all allegations contained in the aforementioned paragraphs of the Complaint as if fully rewritten herein.

26. Defendants were to deliver the Insured's property in good condition.

27. Defendants, during shipment, damaged the Insured's property.

28. Upon arrival to the destination, the damages to Insured's property was discovered and reported to the Insured.

29. Defendants had a duty to deliver the Insured's property without damage.

30. Defendant Dietl, as an agent, had a duty, including but not limited to, to properly secure and supervise the Defendants Andy Rock, Cadogan Tate and John Does for the shipment of the Insured's property. Defendant Dietl breached its duty when the Art was damaged by the actions or omissions of Defendants Andy Rock, Cadogan Tate and/or John Does.

31. As a direct and proximate result of Defendants' combined negligence, the Insured's property was damaged in the amount of $77,845.00.

32. CIC paid $76,845.00 as a direct and proximate result of Defendants' negligence and takes a right of subrogation. The Insured had a $1,000.00 deductible.

WHEREFORE, Plaintiffs, The Cincinnati Insurance Company and Springfield Museum of Art, demand judgment against Defendants Andy Rock F.A.S., LLC aka Rock-FAS, LLC aka Andy Rock Fine Art Services, LLC, Cadogan Tate aka Cadogan Tate New York Limited, Dietl International and John Doe, jointly and severally, in the amount of $77,845.00, together with interest and costs of suit be taxed against Defendants and for such other and further relief as this Court may deem just and proper in this matter.

Respectfully submitted,

*[signature]*

Matthew M. Schmidt (0072898)
Legal Litigation Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
(513) 371-7871; (513) 870-2900 Fax
Matt_Schmidt@staffdefense.com
Attorney for Plaintiffs

## INSTRUCTIONS FOR SERVICE

TO THE CLERK:

Please issue service of summons, with the Complaint, upon Defendants by CERTIFIED MAIL, RETURN RECEIPT REQUESTED, at the addresses set forth in the caption above.

*[signature]*

Matthew M. Schmidt (0072898)

Springfield Museum #3747888