# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ANDY ROCK F.A.S., LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–01770–SB–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __4/5/2022__

Document Number(s):  __39__

Title of Document(s):  __Notice of Appearance or Withdrawal of Counsel G123.__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request for Substitution of Attorney

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 6, 2022__    By:  __/s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*__
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**