GEOFFREY A. KRAEMER, ESQ., SBN 298220
KraemerG@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for Plaintiffs CINCINNATI INSURANCE COMPANY AND SPRINFIELD MUSEUM OF ART

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY AND SPRINGFIELD MUSEUM OF ART,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ANDY ROCK F.A.C., LLC. AKA ANDY ROCK-FAS, LLC AKA ANDY ROCK FINE ART SERVICES, LLC; CADOGAN TATE AKA CADOGAN TATE NEW YORK LIMITED; DIETL INTERNATIONAL; and JOHN DOE(S),<br><br>            Defendants. | CASE NO. 2:22−cv−01770−SB−PD<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE JUNE 3, 2022 MANDATORY SCHEDULING CONFERENCE ALONG WITH ALL RELATED DEADLINES**<br><br>*Case transferred from U.S. District Court Southern District of Ohio to above court on 3/24/2022* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. The parties request that the

Court retain jurisdiction for sixty (60) days to give the parties time to finalize the settlement agreement and issue payment. Once all of the appropriate signatures have been obtained, settlement funds received and cleared, an executed Stipulation of Dismissal of the entire action will be filed. In the meantime, the parties request that the Court vacate the Mandatory Scheduling Conference scheduled on June 3, 2022, and all related deadlines.

DATED:  May 20, 2022

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____
Geoffrey A. Kraemer
Attorneys for Plaintiff CINCINNATI INSURANCE COMPANY AND SPRINGFIELD MUSEUM OF ART

2

Case No. 2:22−cv−01770−SB−PD

NOTICE OF SETTLEMENT AND REQUEST TO VACATE JUNE 3, 2022 MANDATORY SCHEDULING CONFERENCE ALONG WITH ALL RELATED DEADLINES

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2022, I have electronically filed the foregoing **NOTICE OF SETTLEMENT AND REQUEST TO VACATE JUNE 3, 2022 MANDATORY SCHEDULING CONFERENCE ALONG WITH ALL RELATED DEADLINES** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all attorneys of record in this action.

                                           */s/ Misty Guerra*
                                            Misty Guerra